# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 30, 2026

Lyle W. Cayce
Clerk

No. 25-30401
consolidated with
No. 25-30572
Summary Calendar

———————

Tyrone Clofer,

*Plaintiff—Appellant*,

*versus*

Jacob Frenkel, *Assistant District Attorney*; Eric Dubelier, *Assistant District Attorney*; Joseph Iuzzolino, *Assistant*,

*Defendants-Appellees*.

———————————————————————

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-6268

———————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Tyrone Clofer appeals the district court's dismissal of his 42 U.S.C. § 1983 action. According to Clofer, the defendants acted beyond the scope of their duties as prosecutors when they, inter alia, suborned perjured

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30401
c/w No. 25-30572

testimony, which they then presented to the grand jury to obtain an indictment. However, Clofer fails to show error in the district court's conclusion that absolute immunity bars his civil rights claims, and thus his complaint fails to state a claim upon which relief may be granted against the former prosecutors. *See Hernandez v. W. Tex. Treasures Est. Sales, L.L.C.*, 79 F.4th 464, 469 (5th Cir. 2023); *Rykers v. Alford*, 832 F.2d 895, 897 (5th Cir. 1987). He has abandoned all other claims presented in the district court. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

The judgment of the district court is AFFIRMED. Clofer's motion for appointment of counsel is DENIED.